IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONOCOPHILLIPS COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1881 |
| | § | |
| RO-DI OIL COMPANY, INC. a/k/a | § | |
| RO DI OIL CO., INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Based on the Memorandum and Opinion granting plaintiff ConocoPhillips Company's motion for summary judgment, it is ordered that ConocoPhillips Company recover judgment from defendants, Ro Di Oil Company, Inc., a/k/a Ro Di Oil Co., Inc., Ron Hayman and Diane Hayman, jointly and severally, as follows:

1. the unpaid principal in the amount of $202,003.68;

2. interest from February 2, 2009 to March 15, 2009 in the amount of $929.77;

3. interest from March 16, 2009 to February 1, 2012 in the amount of $88,494.21;

4. prejudgment interest at the rate of $83.02/day from February 15, 2012 through the date of this judgment;

5. postjudgment interest at the annual rate of 15%;

6. reasonable attorney's fees in the amount of $24,025.50 and litigation expenses in the amount of $2,307.50; and

7. costs of court.

Rio Di Oil Co., Inc.'s, Ron Hayman's, and Diane Hayman's defenses are denied.

SIGNED on June 7, 2012, at Houston, Texas.

                                                                   Lee H. Rosenthal
                                                    United States District Judge